69359-5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:11-cv-1570-ORL-22 DAB

REY RENATO,

    Plaintiff,

vs.

FREDDIE TILLMAN and CEVA FREIGHT, LLC,

    Defendants.

_____/

## DEFENDANTS' PETITION FOR REMOVAL

Defendants, FREEDIE TILLMAN and CEVA FREIGHT, LLC, file this Petition for Removal pursuant to 28 U.S.C. §1332, 28 U.S.C. §1441, and 28 U.S.C. §1446, and state:

1. There is presently pending in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, the following styled action bearing Civil Case No. 2011-CA-011048-O: REY RENATO, Plaintiff, versus FREDDIE TILLMAN and CEVA FREIGHT, LLC, Defendants.

2. Plaintiff's original Complaint alleges that Defendant, FREDDIE TILLMAN, was negligent in his operation of a motor vehicle of which Defendant, CEVA FREIGHT, LLC, was the titled and/or beneficial owner, thereby causing a collision resulting in Plaintiff allegedly suffering bodily injury and other related damages. Plaintiff, REY RENATO, filed a personal injury claim against Defendants on September 1, 2011, arising out the automobile collision that occurred on or about June 18, 2010.

3. Plaintiff is and was an individual residing in the State of Florida. (See Plaintiff's Complaint, ¶ 2).

4. Defendant, CEVA FREIGHT, LLC is and was a Texas corporation, with its principal place of business in Texas at all times material to this action, including but not limited to, the time of the subject incident, the time of the filing of Plaintiff's Complaint and the time of the filing of Defendants' Notice of Removal of Cause.

5. Defendant, FREDDIE TILLMAN, is and was an individual domiciled in Illinois at all times material to this cause of action, including but not limited to, the time of the subject incident, the time of the filing of Plaintiff's Complaint and the time of the filing of Defendants' Notice of Removal of Cause.

6. There is currently, and at the time of commencement of this action there was, diversity of citizenship between Plaintiff, REY RENATO, and Defendants, CEVA FREIGHT, LLC and FREDDIE TILLMAN.

7. The amount in controversy in this claim is not specified. Plaintiff's Complaint alleges that this is a cause of action for damages in excess of Fifteen Thousand Dollars ($15,000), the jurisdictional amount necessary to confer jurisdiction in the Ninth Judicial Circuit in and for Orange County, Florida.

8. Defendants contend that the Plaintiff seeks damages in excess of $75,000. Specifically, the Plaintiff alleges that he is entitled to compensatory damages in excess of fifteen thousand dollars, exclusive of costs, interest and attorney's fees. The plaintiff is claiming that he suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical

impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. Plaintiff further claims that his losses are either permanent or continuing and that he will continue to suffer the losses in the future. Plaintiff also seeks recovery for his damaged motor vehicle. Therefore, the amount in controversy has been satisfied.

9. Additionally, as this cause was pending in the Circuit Court of the Ninth Judicial Circuit, Orange County, Florida (case no. 2011-CA-011048-O), venue is proper in the District Court for the Middle District of Florida, Orlando Division.

10. Defendants have attached copies of all documents believed to be on file in the state court action as "Exhibit A."

11. Defendants deny that Plaintiff is entitled to recovery of any damages as alleged in his Complaint.

12. A Notice of Filing this Petition for Removal has been filed with the Circuit Court of the Ninth Judicial Circuit, Orange County, Florida.

WHEREFORE, Defendants respectfully request this Court to remove the present action to the United States District Court for the Middle District of Florida, Orlando Division.

Respectfully submitted,

/s/ Kurt M. Spengler
Kurt M. Spengler
E-mail: kspengler@wickersmith.com
Florida Bar No. 717665
**WICKER, SMITH, O'HARA,**

**MCCOY & FORD, P.A.**
Post Office Box 2753
Orlando, FL 32802-2753
Phone: (407) 843-3939
Fax: (407) 649-8118
Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on September 26, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: W. Clay Mitchell, Jr., Esquire, Morgan & Morgan, P.A., Post Office Box 4979, Orlando, FL 32802-4979.

    /s/ Kurt M. Spengler
Kurt M. Spengler
E-mail: kspengler@wickersmith.com
Florida Bar No. 717665
**WICKER, SMITH, O'HARA,
 MCCOY & FORD, P.A.**
Post Office Box 2753
Orlando, FL 32802-2753
Phone: (407) 843-3939
Fax: (407) 649-8118
Attorneys for Defendant